IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| THOMAS HARGROVE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | NO. 1:06-0005 |
| | ) | JUDGE HAYNES |
| SHERIFF WILLIAM DORNING, | ) | |
| individually and as Sheriff of Lawrence | ) | |
| County, TONYA HOUSER, individually | ) | |
| and in her official capacity, PHILLIP | ) | |
| AKKINSON, individually and in his | ) | |
| official capacity, PAM CLAYTON | ) | |
| individually and in her official capacity, | ) | |
| and LANA ROLLOFF individually and in | ) | |
| her official capacity, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

In accordance with the Memorandum filed herewith, the Defendants' motion to dismiss (Docket Entry No. 11) is **GRANTED.** This action is **DISMISSED without prejudice.** Any appeal of this Order would not be in good faith as required by 28 U.S.C. §1915(a)(3).

This is the Final Order in this action.

It is so **ORDERED.**

**ENTERED** this the 8th day of August, 2006.

WILLIAM J. HAYNES, JR.
United States District Judge